UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

EDWARD BEHARRY & Co. LTD.

V

BEDESSEE IMPORTS INC. et al

----------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 2 ⬛ 2007 ★

BROOKLYN OFFICE

**ORDER**
**CV06-5707 (JBW)**

JACK B. WEINSTEIN, Senior District Judge:

      It is hereby ordered for the reasons stated orally on the record that the motion to

un-seal the captioned case is granted. A copy of the seizure videotape and invoice is to be

provided to defendant's attorney within 48 hours. The motion for an accounting is granted. The

motion for a protective order is respectfully referred to the Magistrate Judge. The motion for

expedited discovery is granted.

                                 s/Jack B. Weinstein
                        _____
                        JACK B. WEINSTEIN
                        SR. UNITED STATES DISTRICT JUDGE

Dated: 1/18/07
        Brooklyn, New York

